UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCOTT McCLINTOCK,<br><br>  Petitioner,<br><br>  v.<br><br>GENA JONES,<br><br>  Respondent. | No. 2:24-cv-1599 TLN AC P<br><br><br><br>ORDER |

Petitioner requested an extension of time to file an opposition to respondent's motion to dismiss filed on August 26, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time, ECF No. 12, is denied as moot as the court has received the opposition to respondent's motion to dismiss.

2. Petitioner's opposition filed on October 21, 2024, is deemed timely filed.

3. The motion to dismiss is deemed submitted on the papers pursuant to Local Rule 230(l).

DATED: November 13, 2024

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE